**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 22 MAL 2018
                                :
                   Respondent   :
                                :
                                : Petition for Allowance of Appeal from
                                : the Order of the Superior Court
             v.                 :
                                :
                                :
RASHAWN J. WILLIAMS,            :
                                :
                   Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of June, 2018, the Petition for Allowance of Appeal is **DENIED**.